IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOE HENRY SCOTT, III, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 09-0455-CG-B |
| STATE OF ALABAMA, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Plaintiff's motion to dismiss is hereby **GRANTED,** and that this action is hereby **DISMISSED**. In addition plaintiff's other pending motions are hereby **DENIED** as **MOOT**.

**DONE and ORDERED** this 27th day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE