**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOE HENRY SCOTT, III,** | **:** | |
| | **:** | |
| **Petitioner,** | **:** | |
| | **:** | |
| **vs.** | **:** | **CIVIL ACTION 09-0455-CG-B** |
| | **:** | |
| **STATE OF ALABAMA,** | **:** | |
| | **:** | |
| **Respondent.** | **:** | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  Plaintiff's motion to dismiss is hereby **GRANTED,** and that this action is hereby **DISMISSED**.  In addition plaintiff's other pending motions are hereby **DENIED** as **MOOT**.

**DONE and ORDERED** this 27th day of January, 2010.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE